# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

LORENZO JENNINGS,

    Plaintiff,

     v.

C. SOLORZANO, et al.,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 07-0843-R (JCR)

JUDGMENT

  Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

  IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:   5·30·08

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE